UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 16-CR-00194 |
| | * | |
| VERSUS | * | JUDGE WALTER |
| | * | |
| ELIZABETH I. ISTRE | * | |
| a/k/a MISSY ISTRE | * | MAGISTRATE JUDGE HANNA |

**JOINT STATUS REPORT**

A status conference was held this date at the direction of the court. The following appearances were made:

| **NAME** | **PARTY REPRESENTED** |
|---|---|
| Kelly P. Uebinger | United States of America |
| Todd S. Clemons | Elizabeth I. Istre |

Trial is set for February 13, 2017. A pretrial conference will not be held unless requested.

**THE FOLLOWING QUESTIONS WERE ADDRESSED:**

(1) Will a hearing outside the presence of the jury be required on Rule 404(b) evidence either as to its relevance or as to its probative vs. prejudicial value? See, United States v. Beechum, 582 F.2d 898 (5th Cir. 1978) (*en banc*), *cert. denied,* 440 U.S. 920 and Huddleston v. United States, 485 U.S. 681 (1988).  **No** .

(2) Is there any issue involving voluntariness of statements under 18 U.S.C. § 3501?  **No.**

(3) Are there any admissibility questions requiring evidentiary presentation?

**No.**

(4) Time required by each side to present its case in chief:  **Government – 3 Days; Defense – 1 to 2 Days.**

(5) The parties agreed to waive challenges to the foundation of the following documents:  **The parties have agreed to admit the bank records and various other business records via 902 affidavits.**

(6) Order of presentation by multiple defendants:  **Not Applicable.**

(7) Pending discovery problems:  **None at present.**

(8) Jencks Act material will be provided to defendant(s); **Jencks has already been provided.**

(9) Other:  **The parties are preparing a stipulation regarding interstate nexus and the negotiation of the alleged fraud checks.**

APPROVED AS TO FORM AND SUBSTANCE this 18th day of January, 2017.


 s/Kelly P. Uebinger                                        s/ Todd S. Clemons                         
**KELLY P. UEBINGER**                         **TODD S. CLEMONS**
La. Bar #21028                                        La. Bar #18168
Assistant United States Attorney        Todd Clemons & Associates
800 Lafayette Street, Suite 2200         1740 Ryan Street
Lafayette, Louisiana 70501-6832         Lake Charles, LA   70601
Telephone: (337) 262-6618                 Telephone: (337) 477-0000
**Attorney for the United States**        Attorney **for Defendant**


**NOTE:** Original to be filed with Clerk. Copy to be delivered to Judge Walter's Chambers, Suite 4200, 300 Fannin Street, Shreveport, Louisiana.