U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

MAY 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 16-CR-00194 |
| | * | |
| VERSUS | * | JUDGE WALTER |
| | * | |
| ELIZABETH I. ISTRE | * | |
| a/k/a MISSY ISTRE | * | MAGISTRATE JUDGE HANNA |

## JURY VERDICT FORM

As to Count One of the Indictment, we, the jury, find the defendant, Elizabeth I. Istre, a/k/a Missy Istre:

\_\_\_\_✓\_\_\_\_ Guilty of Wire Fraud

_____ Not guilty

As to Count Two of the Indictment, we, the jury, find the defendant, Elizabeth I. Istre, a/k/a Missy Istre:

\_\_\_\_✓\_\_\_\_ Guilty of Wire Fraud

_____ Not guilty

As to Count Three of the Indictment, we, the jury, find the defendant, Elizabeth I. Istre, a/k/a Missy Istre:

\_\_\_\_✓\_\_\_\_ Guilty of Wire Fraud

_____ Not guilty

SO SAY WE ALL this \_\_4\_\_ day of May, 2017

N/
F(          REDACTED